IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ANNA MELIS,

Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:25-cv-03989

Judge Andrea R. Wood

Magistrate Judge Jeffrey T. Gilbert

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 3 | Celebration Card |
| 7 | Reecho |
| 9 | QIMI SX |
| 10 | Glamora Y |
| 11 | Mangooo KID |
| 16 | Oujitong Youth Clothing |
| 35 | LOGO MAN |
| 36 | Varsbaby Mens underwear |
| 38 | GZTJJ |
| 45 | HONEY STORY |
| 52 | TeeFusion |
| 54 | H ipster |
| 56 | Long Sleeve Haven |
| 63 | Fwordstshirt |
| 64 | Elite Street |
| 71 | SOUTH SS |
| 77 | Pure beauty fashion |
| 80 | DG super |
| 82 | G hero |

| | |
|---|---|
| 83 | WALL DESIGN D |
| 84 | D mark |
| 85 | Gstar pro |
| 87 | MIJUE FASHION SHIRTS |
| 88 | JIAMENG PETS |
| 89 | Holapet |
| 92 | Good Lucky Phone Case |
| 93 | MIMI CASE |
| 95 | VIP CASES |
| 96 | PRETTY CASES |
| 102 | Ocase |
| 104 | OLIVIA CASES |
| 105 | Einaro phone case |
| 106 | KLALA |
| 109 | Attractive animal and plant phone case |
| 120 | Bebela Case |
| 147 | CWNA |
| 161 | Janua |
| 182 | HOME LIFE FOR U |
| 186 | Huevibe |
| 190 | wxdealb |

DATED: June 27, 2025  Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 27, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt